RECEIVED
IN LAKE CHARLES, LA.

OCT 21 2014

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| LEO P. MOTTE, III, | * | CIVIL ACTION NO. 2:13-cv-2398 |
| Plaintiff, | * | |
| v. | * | JUDGE MINALDI |
| CALCASIEU PARISH SHERIFF'S OFFICE, ET. AL, | * | |
| Defendants. | * | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. 9] of the Magistrate Judge previously filed herein, to which the plaintiff filed Objections [Doc. 10], after an independent review of the record, a *de novo* determination of the issues, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that plaintiff's civil rights complaint [Doc. 1] be and hereby is **DISMISSED, WITH PREJUDICE.**

Lake Charles, Louisiana, this 20 day of October, 2014.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE